**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MASHIYAT RASHID,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:23-CV-331** |
| | ) | |
| **WARDEN HUTCHINSON, et al,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on November 21, 2023. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his petition for writ of habeas corpus, Petitioner argues that the Bureau of Prisons failed to apply Earned Time Credit to his sentence and pre-release custody pursuant to the First Step Act. On June 6, 2026, Judge Lanzillo issued a Report and Recommendation recommending that the petition be dismissed due to Petitioner's failure to exhaust his administrative remedies. ECF No. 15. As of today's date, no Objections to the Report and Recommendation have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).  A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any

1

separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the petition and response in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 20th day of July 2026;

IT IS ORDERED that the petition for writ of habeas corpus be dismissed due to Petitioner's failure to exhaust his administrative remedies.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on June 10, 2026 [ECF No. 15] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

2